AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.
Jashanpreet Singh

*Defendant(s)*

Case No. 4:26 MJ 6166 PLC

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 16, 2026 in the county of St. Louis in the Eastern District of Missouri , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:1349 | CONSPIRACY TO COMMIT WIRE FRAUD |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

**I state under the penalty of perjury that the following is true and correct.**

JOSHUA MORRILL Digitally signed by JOSHUA MORRILL Date: 2026.09.17 07:52:45 -05'00'

*Complainant's signature*

Joshua C. Morrill, SA, FBI

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 09/17/2026

Patricia L. Cohen

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Patricia L. Cohen , U.S. Magistrate Judge

*Printed name and title*